# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Criminal Action Number** |
| | ) | **14-00204-01-CR-W-BP** |
| Terry W. Randolph, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AMENDING
## REPORT AND RECOMMENDATION [DOC. 35]

On November 5, 2015, this Court entered a REPORT AND RECOMMENDATION [Doc 35] recommending, *inter alia*, the District Court enter an order denying the DEFENDANT'S MOTION TO SUPPRESS ANY AND ALL EVIDENCE TAKEN FROM DEFENDANT BY LAW ENFORCEMENT OFFICERS (Doc. #21). However, although the Proposed Conclusions of Law section of the REPORT AND RECOMMENDATION proposes a conclusion that Randolph's statement (that he was a felon) should be suppressed, the Court neglected to reflect this conclusion in the final recommendation section on page 14 of the REPORT AND RECOMMENDATION. Accordingly, it is

**ORDERED** that the second-to-the-last paragraph of the REPORT AND RECOMMENDATION, filed November 5, 2015 [Doc. 35] is amended as follows:

> **RECOMMENDED** that the Court, after making an independent review of the record and applicable law, enter an order **DENYING** the DEFENDANT'S MOTION TO SUPPRESS ANY AND ALL EVIDENCE TAKEN FROM DEFENDANT BY LAW ENFORCEMENT OFFICERS (Doc. #21) – with the exception of suppressing Randolph's statement that he was a felon – and **DENYING** the DEFENDANT'S MOTION TO QUASH INDICTMENT AS FACTUALLY INCORRECT (Doc. #22), both filed on July 12, 2015, by defendant Terry W. Randolph.

_____*/s/ John T. Maughmer*_____
**John T. Maughmer**
**United States Magistrate Judge**